UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Beverly Rimmer,

    Plaintiff

v.

Carolyn W. Colvin,

    Defendant

Case No.: 2:14-cv-1355-JAD-VCF

**Order Adopting Report and Recommendation [Doc. 18], Denying Plaintiff's Motion to Remand [Doc. 14], and Granting Defendant's Cross Motion to Affirm [Doc. 15]**

    Magistrate Judge Cam Ferenbach entered a report and recommendation on April 7, 2015, recommending denial of plaintiff Beverly Rimmer's motion to remand this case to the Social Security Administration, and granting defendant Carolyn W. Colvin's cross motion to affirm the decision of the Social Security Commissioner.[1] Objections were due April 27, 2015. Neither party has filed an objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

    Accordingly, and with good cause appearing,

    It is hereby ORDERED that Magistrate Judge Ferenbach's report and recommendation **[Doc. 18] is ADOPTED**.

    It is FURTHER ORDERED that Beverly Rimmer's motion to remand **[Doc. 14] is DENIED**.

    It is FURTHER ORDERED that Carolyn W. Colvin's cross motion to affirm **[Doc. 15] is GRANTED**.

    The clerk of court is instructed to close this case.

    DATED April 28, 2015.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] Docs. 14, 15, 18.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).